IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE RICHARDSON, #142585, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv309-TMH |
| ) | (WO) |
| CHERYL PRICE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**OPINION**

On April 4, 2012, the Magistrate Judge filed a Recommendation in this case recommending that the petition of habeas corpus relief filed pursuant to 28 U.S.C. § 2254 be dismissed in accordance with the provisions of 28 U.S.C. § 2244(d)(1). (Doc. # 30).Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the petition for habeas corpus relief be and is hereby DENIED, and that this case be and is hereby DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 2244(d)(1).

Done this 2nd day of May 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE